IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 07-51 |
| | : | |
| v. | : | CIVIL ACTION No. 12-3766 |
| | : | |
| JOHN J. KELLER | : | |

## ORDER

AND NOW, this 6th day of December, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant John J. Keller's Motion to Vacate the Judgment of Conviction and Sentence Pursuant to 28 U.S.C. § 2255 (Document 138) is DENIED. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability. The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.